UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,              )<br>                                          )<br>            Plaintiff,            )<br>                                          )<br>      v.                              )<br>                                          )<br> RUIZ, et al.,                     )<br>                                          )<br>                                          )<br>            Defendants.         )<br> _____ ) | CIV F 03-6364 OWW DLB P<br><br>ORDER GRANTING MOTION FOR<br>EXTENSION OF TIME  (Document #48)<br><br>ORDER EXTENDING DEADLINES SET BY<br>DISCOVERY ORDER AND SCHEDULING<br>ORDER OF SEPTEMBER 10, 2004<br><br>New Discovery Cut-Off Date -             05-13-2005<br>New Deadline to Amend Pleadings -   06-13-2005<br>New Dispositive Motion Deadline -      07-13-2005 |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 11, 2005, plaintiff filed a motion for an extension of time to respond to discovery requests by defendants. Plaintiff's motion shall be granted.

Accordingly, good cause having been presented to the court and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is GRANTED;

2. The deadlines set by the "Discovery Order and Scheduling Order" filed on September 10, 2004, are extended as follows for all parties in this action:

    (1) All discovery, including motions to compel, formerly to be completed by March 11, 2005, shall be completed by **May 13, 2005;**

    (2) The deadline for amending the pleadings, formerly April 11, 2005, shall be

1 **June 13, 2005**; and

2   (3)  The deadline for serving and filing pre-trial dispositive motions, formerly

3      May 11, 2005, shall be **July 13, 2005**.

4 IT IS SO ORDERED.

5 **Dated:   April 27, 2005**        **/s/ Dennis L. Beck**
  3c0hj8            UNITED STATES MAGISTRATE JUDGE