UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>        Plaintiff,<br><br>    v.<br><br>RUIZ, et al.,<br><br>        Defendants. | 1:03-CV-06364-OWW-DLB-P<br><br>ORDER GRANTING MOTION FOR<br>EXTENSION OF TIME  (Document #59)<br><br>ORDER EXTENDING DEADLINES SET BY<br>ORDER OF APRIL 28, 2005<br><br>New Discovery Cut-Off Date -           08-13-2005<br>New Deadline to Amend Pleadings -  09-13-2005<br>New Dispositive Motion Deadline -    10-13-2005 |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On May 10, 2005, plaintiff filed a motion for an extension of the discovery cut-off date in this action. Plaintiff's motion shall be granted.

Accordingly, good cause having been presented to the court and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is GRANTED;

2. The deadlines set by the court's order of April 28, 2005, are extended as follows for all parties in this action:

   (1) All discovery, including motions to compel, formerly to be completed by May 13, 2005, shall be completed by **August 13, 2005;**

   (2) The deadline for amending the pleadings, formerly June 13, 2005, shall be

1         **September 13, 2005**; and

2     (3)    The deadline for serving and filing pre-trial dispositive motions, formerly

3     July 13, 2005, shall be **October 13, 2005**.

5 IT IS SO ORDERED.

6 **Dated:**   **June 9, 2005**                   **/s/ Dennis L. Beck**
   3c0hj8                                       UNITED STATES MAGISTRATE JUDGE