IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS, | CASE NO. CV-F-03-6364 OWW DLB P |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTIONS TO COMPEL |
| vs. | |
| WARDEN A. K. SCRIBNER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On June 14, 2005 and August 30, 2005, plaintiff filed motions to compel discovery from defendants. Defendants have not responded to these motions.

Accordingly, defendants are HEREBY ORDERED to respond to plaintiff's motions to compel filed on June 14, 2005 and August 30, 2005 within 20 days of this order. Defendants' failure to respond as ordered will be taken as non-opposition to the motions.

IT IS SO ORDERED.

Dated:   September 1, 2005                    /s/ Dennis L. Beck
3c0hj8                                        UNITED STATES MAGISTRATE JUDGE