IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN E. FIELDS,** <br>                          Plaintiff, <br>     v. <br> **RUIZ, et al.,** <br>                          Defendants. | NO. CIV F-03-6364 OWW DLB <br><br> **ORDER** |

On September 29, 2005, defendants filed a request for leave to file response to court's order in excess of time.

Good cause appearing, defendants' request is granted.

IT IS SO ORDERED.

    **Dated:**   **September 30, 2005**                   **/s/ Dennis L. Beck**
3c0hj8                                                           UNITED STATES MAGISTRATE JUDGE