IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>               Plaintiff,<br><br>     vs.<br><br>WARDEN A. K. SCRIBNER, et al.,<br><br>               Defendants.<br>_____/ | CASE NO. CV-F-03-6364 OWW DLB P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT<br>[DOC 67] |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On June 14, 2005 and August 30, 2005, plaintiff filed motions to compel discovery from defendants. On September 1, 2005, the Court ordered defendants to respond to the motions within 20 days. On September 28, 2005, plaintiff filed a "Motion for Default Judgment" based on defendants' failure to respond to the motions as ordered by the Court. However, on September 29, 2005, defendants filed a motion for an extension and leave to file their opposition in excess of time, which the Court granted. Defendants attached their opposition to their request. Accordingly, plaintiff's motion for default judgment is DENIED.

IT IS SO ORDERED.

Dated:   October 3, 2005                         /s/ Dennis L. Beck
3b142a                                           UNITED STATES MAGISTRATE JUDGE

1