UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>         Plaintiff,<br><br>    v.<br><br>RUIZ, et al.,<br><br>         Defendants. | 1:03-CV-06364-OWW-DLB-P<br><br>ORDER GRANTING MOTIONS FOR<br>EXTENSION OF TIME  (Documents #62 & #66)<br><br>ORDER EXTENDING DEADLINES SET BY<br>ORDER OF JUNE 10, 2005<br><br>New Discovery Cut-Off Date -            12-13-2005<br>New Deadline to Amend Pleadings -   01-13-2006<br>New Dispositive Motion Deadline -     02-13-2006 |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On August 23, 2005, and September 14, 2005, plaintiff filed motions for an extension of the pre-trial deadlines in this action which were set by the court's order of June 10, 2005.  Plaintiff's motions shall be granted.

Accordingly, good cause having been presented to the court and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for an extension of time are GRANTED;

2. The deadlines set by the court's order of June 10, 2005, are extended as follows for all parties in this action:

    (1) All discovery, including motions to compel, formerly to be completed by August 13, 2005, shall be completed by **December 13, 2005**;

1         (2)     The deadline for amending the pleadings, formerly September 13, 2005,

2               shall be **January 13, 2006**; and

3         (3)     The deadline for serving and filing pre-trial dispositive motions, formerly

4               October 13, 2005, shall be **February 13, 2006**.

5    IT IS SO ORDERED.

6     **Dated:**    **October 5, 2005**                 **/s/ Dennis L. Beck**
   3c0hj8                                                UNITED STATES MAGISTRATE JUDGE