IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN E. FIELDS,** | CIV F-03-6364 OWW DLB P |
| Plaintiff, | **ORDER** |
| v. | |
| **RUIZ, et al.,** | |
| Defendants. | |

Defendants have requested an extension of time to respond to plaintiff's Fifth Request for Production of Documents. Good cause appearing, the request is granted. Responses to plaintiff's Fifth Request for Production of Documents are due December 22, 2005.

IT IS SO ORDERED.

Dated:   **December 5, 2005**            **/s/ Dennis L. Beck**
3c0hj8                                                    UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1