IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN E. FIELDS,** | CIV F-03-6364 OWW DLB P |
| Plaintiff, | **ORDER** |
| v. | |
| **RUIZ, et al.,** | |
| Defendants. | |

On December 12, 2005, defendants requested an extension of time to comply with the court's order issued November 9, 2005. Good cause appearing, the request is granted. Defendants are granted an extension of time through December 25, 2005 to comply with the Court's Order of November 9, 2005.

IT IS SO ORDERED.

Dated: __December 13, 2005__  /s/ Dennis L. Beck
3c0hj8                          UNITED STATES MAGISTRATE JUDGE

Order

1