# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>              Plaintiff,<br><br>      vs.<br><br>WARDEN A. K. SCRIBNER, et al.,<br><br>              Defendants.<br>_____/ | CASE NO. CV-F-03-6364 OWW DLB P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS<br>[DOC 84] |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On November 9, 2005, the Court granted plaintiff's motions to compel production of documents and ordered defendants to produce the personnel files of defendants, the maintenance logs and log books requested by plaintiff for the month of October 2002, and plaintiff's central file, within 30 days subject to certain limitations outlined in the order. On December 12, 2005, defendants requested an extension of time in which to comply with Court's order. The Court granted defendants request on December 13, 2005. Also on December 13, 2005, plaintiff filed a motion for sanctions based on his belief that defendants failed to comply with the Court's order within the time required. Based on the defendants' request and the Court's granting the extension of time in which to comply with the November 9, 2005 Order, sanctions are not appropriate and plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated:  December 14, 2005                    /s/ Dennis L. Beck
3b142a                                       UNITED STATES MAGISTRATE JUDGE

1