UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>    Plaintiff,<br><br>    v.<br><br>RUIZ, et al.,<br><br>    Defendants. | 1:03-CV-6364 OWW DLB P<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO REQUEST FOR PRODUCTION OF DOCUMENTS<br><br>(DOCUMENT #79) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 30, 2005, defendants filed a motion to extend time to respond to plaintiff's Fifth Request for Production of Documents. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted thirty days from the date of service of this order in which to respond to the Request for Production of Documents..

IT IS SO ORDERED.

Dated:   February 1, 2006                   /s/ Dennis L. Beck
3c0hj8                                              UNITED STATES MAGISTRATE JUDGE