IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>    Plaintiff,<br><br>vs.<br><br>WARDEN A. K. SCRIBNER, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. CV-F-03-6364 OWW DLB P<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S REQUEST TO FILE THIRD AMENDED COMPLAINT |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On October 5, 2005, the Court granted plaintiff's request to extend the deadlines in this case. In doing so, the Court extended the deadline to amend pleadings to January 13, 2006. On January 5, 2006, plaintiff filed a third amended complaint, however, he did not seek court permission to do so. Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. Pro. 15(a). In this case, a responsive pleading has been served. Therefore, plaintiff may not file an amended complaint without leave of the court or agreement by defendants. Because the third amended complaint was not properly filed, defendants are relieved of any obligation to respond. Within 10 days of this order, defendants are

1 HEREBY ORDERED to advise the Court of their position on plaintiff's proposed third amended
2 complaint. The Court will thereafter rule on plaintiff's presumed request to file a third amended
3 complaint.
4 June 14, 2005 and August 30, 2005, plaintiff filed motions to compel discovery from defendants.
5 Defendants have not responded to these motions.
6     Accordingly, defendants are HEREBY ORDERED to respond to plaintiff's motions to compel
7 filed on June 14, 2005 and August 30, 2005 within 20 days of this order. Defendants' failure to respond
8 as ordered will be taken as non-opposition to the motions.
9     IT IS SO ORDERED.
10 **Dated:   February 9, 2006**          **/s/ Dennis L. Beck**
3c0hj8                                                           UNITED STATES MAGISTRATE JUDGE