IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>            Plaintiff,<br><br>      vs.<br><br>WARDEN A. K. SCRIBNER, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV-F-03-6364 OWW DLB P<br><br>ORDER STRIKING THIRD<br>AMENDED COMPLAINT |

     Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On October 5, 2005, the Court granted plaintiff's request to extend the deadlines in this case. In doing so, the Court extended the deadline to amend pleadings to January 13, 2006. On January 5, 2006, plaintiff filed a third amended complaint, however, he did not seek court permission to do so. Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. Pro. 15(a). In this case, a responsive pleading has been served. Therefore, plaintiff may not file an amended complaint without leave of the court or agreement by defendants.

     On February 9, 2006, the Court ordered defendants to advise the Court of their position on

1

plaintiff's apparent request to file a third amended complaint. On February 28, 2006, defendants responded to the Court's order, asserting their opposition to the filing of the third amended complaint. Because plaintiff did not file a motion seeking leave to file the amended complaint and defendants oppose the filing, the third amended complaint filed January 5, 2006 is HEREBY STRICKEN from the record. If plaintiff seeks to file an amended complaint, he must file a proper motion pursuant to Federal Rule of Civil Procedure 15(a) setting forth the grounds for the amendments and identifying the additional claims and/or parties sought to be added.

IT IS SO ORDERED.

**Dated:   March 13, 2006**                              **/s/ Dennis L. Beck**
3b142a                                                    UNITED STATES MAGISTRATE JUDGE