IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>    Plaintiff,<br><br>vs.<br><br>WARDEN A. K. SCRIBNER, et al.,<br><br>    Defendants. | CASE NO. CV-F-03-6364 OWW DLB P<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTIONS |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On April 4, 2006, plaintiff filed a motion to compel discovery from defendants. On April 17, 2006, plaintiff filed a motion for the court to issue subpoenas. Defendants have not responded to these motions.

    Accordingly, defendants are HEREBY ORDERED to respond to plaintiff's motions filed on April 4, 2006 and April 17, 2006 within 20 days of this order. Defendants' failure to respond as ordered will be taken as non-opposition to the motions.

    IT IS SO ORDERED.

    Dated:   May 9, 2006                     /s/ Dennis L. Beck
3c0hj8                                                   UNITED STATES MAGISTRATE JUDGE

1