UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS, ) | 1:03-CV-06364-OWW-DLB-P |
| Plaintiff, ) | ORDER GRANTING EXTENSION OF TIME |
| v. ) | (DOCUMENT #126) |
| RUIZ, et al., ) | |
| Defendants. ) | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §1983. On June 7, 2006, defendants filed a motion to extend time to respond to plaintiff's motions filed on April 4, 2006 and April 17, 2006, pursuant to the court's order issued May 9, 2006. Inasmuch as defendants filed the required responses on June 7, 2006, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT defendants motion to extend time to response to plaintiff's motions is GRANTED nunc pro tunc to June 1, 2006.

IT IS SO ORDERED.

Dated:   July 12, 2006             /s/ Dennis L. Beck
3c0hj8                              UNITED STATES MAGISTRATE JUDGE