1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   KEVIN E. FIELDS,                              CASE NO. CV-F-03-6364 OWW DLB P

12              Plaintiff,              _____ORDER RE PLAINTIFF'S
                                       MOTION TO COMPEL
13                                     [DOC 115]

14        vs.

15   WARDEN A. K. SCRIBNER, et al.,

16              Defendants.
     _____/

17

18        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action

19   pursuant to 42 U.S.C. section 1983.  On April 4, 2006, plaintiff filed a motion to compel discovery from

     defendants.  On May 10, 2006,  the Court ordered defendants to respond to the motion.  On June 7, 2006,

20   defendants filed a motion for an extension and leave to file their opposition in excess of time, which the

21   Court granted.  Defendants filed their opposition the same day.

22        While plaintiff fails to attach the actual discovery or responses to his motion, it appears that

23   plaintiff has requested the following documents from defendants:

24        1.    CDC Inmate Appeal 5-02-03556;

25        2.    CDC Inmate Appeal 5-02-03865;

26        3.    Copies of work orders written by the Captain's secretary relating to faulty toilets on

27              Facility 4A from October 1, 2002 through November 1, 2002;

28

                                              1

4.   Copies of work orders signed by plumbers relating to any repairs in Facility 4A, Unit 4-Right from October 1, 2002 through November 1, 2002

5.   Facility 4A clothing records from October 11, 2002 though January 1, 2003;

6.   Plaintiff's CDC 114 A file and inmate segregation records;

7.   The Facility 4A, Unit 4-Right Control Booth Log Books for the period October 10, 2002 though November 8, 2002;

8.   The Facility 4A, Unit 4-Right Captain Log Books for the period October 10, 2002 though November 8, 2002; November 1, 2002;

9.   Complaints about health or safety conditions, including 602 appeals filed by inmates in Facility 4A for the period September 1, 2002 through December 1, 2002;

10.   Plaintiff's Central File;

11.   Copies of plaintiff's acknowledgment of receipt of legal confidential correspondence for the period January 1, 2005 through December 1, 2005.

## DISCUSSION

Defendants have advised that they have provided all documents in their possession, custody and control responsive to numbers 3, 4, 5, 7 and 8. Further, in accordance with this Court's previous order, defendants represent that they have made plaintiff's Central File, which includes his segregation records, available to him for copying. Plaintiff's motion regarding requests numbers 3, 4, 5, 6, 7, 8 and 10 is therefore denied.

While defendants do not specifically address request numbers 1 and 2, these requests appear to seek two inmate appeals filed by plaintiff. This action concerns plaintiff's claims that defendants were deliberately indifferent to his health and safety and retaliated against him for filing grievances. Inmate appeals filed by plaintiff are relevant to the claims and therefore defendants are ordered to produce these documents.

With regard to request number 9, defendants object that the request is overly burdensome because some of the inmates may have been transferred to other institutions. Defendants also object that the request infringes on the privacy rights of the inmates identified in the complaints. Plaintiff's claims relate to conditions in his unit in October 2002. Accordingly, complaints by inmates regarding the

1  conditions complained of in the complaint in October 2002 should be produced by the defendants.

2  Defendants may redact the name and CDC number of the inmates identified in the complaints.

3       Request number 11 is overly broad.  Plaintiff also fails to explain the relevance of the requested

4  information.  Plaintiff's motion as to this request is therefore denied.

5       Accordingly, defendants are ordered to produce documents responsive to numbers 1 and 2 as

6  described above.  Defendants shall also produce documents responsive to number 9, as limited herein.

7  The documents shall be produced within 20 days of this order.

8

9       IT IS SO ORDERED.

10      **Dated:   July 17, 2006**              **/s/ Dennis L. Beck**
    3b142a                                UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28