1
2
3
4
5
6
7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    KEVIN E. FIELDS,                          CASE NO. CV-F-03-6364 OWW DLB P

12                    Plaintiff,          _____ORDER DENYING PLAINTIFF'S
                                          MOTION FOR SUBPOENAS
13                                        [DOC 117]

14            vs.

15    WARDEN A. K. SCRIBNER, et al.,

16                    Defendants.
      _____/

17
              Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action
18
      pursuant to 42 U.S.C. section 1983.  On November 9, 2005, the Court issued an order granting in part,
19
      plaintiff's motions to compel production of documents from defendants.  The Court ordered defendants
20
      to produce redacted copies of defendants' personnel files and maintenance logs for October 2002.  The
21
      Court also ordered defendants to produce plaintiff's central file for inspection.  On December 27, 2005,
22
      defendants filed a notice of compliance with the Court's order.
23
              On April 17, 2006, plaintiff filed a motion requesting that the Court issue subpoenas to the
24
      Warden of Corcoran State Prison for the documents ordered produced.  Plaintiff states that defendants
25
      had been "evasive and served incomplete disclosures."
26
              On June 7, 2006, defendants filed an opposition to plaintiff's motion.  Defendants represent that
27
      plaintiff was given the opportunity to review his Central File on December 5, 2005 and the documents
28

                                                    1

1   ordered produced were served on plaintiff on December 27, 2005.

2        Plaintiff does not explain how defendants' responses are evasive or incomplete.  In light of

3   defendants' representation that they have complied with the Court's order and produced the requested

4   documents, plaintiff's request for subpoenas is DENIED.

5        IT IS SO ORDERED.

6        **Dated:    July 17, 2006**                    **/s/ Dennis L. Beck**
    3b142a                                       UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2