IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **KEVIN E. FIELDS,** | 1:03-cv-6364-OWW-DLB P |
| Plaintiff, | **ORDER** |
| v. | |
| **RUIZ, et al.,** | |
| Defendants. | |

On December 12, 2006, defendants sought an extension of time of 5 court days, to and including December 20, 2006, in which to file a motion for summary judgment. Good cause appearing, defendants' request is granted.

IT IS SO ORDERED.

Dated:   **December 13, 2006**          /s/ **Dennis L. Beck**
3c0hj8                                    UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1