UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN E. FIELDS, | ) | 1:03-CV-06364-OWW-DLB-P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO MOTION |
| v. | ) ) | FOR SUMMARY JUDGMENT |
| RUIZ, et al., | ) ) | (Doc. 149) |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 23, 2007, plaintiff filed a motion to extend time to file a response to defendants' motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file a response to the motion for summary judgment filed by defendants on December 21, 2006.

IT IS SO ORDERED.

Dated:   **April 3, 2007**                      **/s/ Dennis L. Beck**
3c0hj8                                                                      UNITED STATES MAGISTRATE JUDGE