UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FIELDS,<br><br>             Plaintiff,<br><br>vs.<br><br>RUIZ, et al.,<br><br>             Defendants.<br>_____/ | 1:03-cv-06364-OWW-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 159)<br><br>**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS** (Doc. 154)<br><br>**ORDER GRANTING IN PART MOTION FOR SUMMARY JUDGMENT** (Doc. 144) |

Plaintiff, Kevin Fields ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 25, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed on or before July 25, 2007. On July 16, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations. On July 25,

1

2007, defendants filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 25, 2007, are ADOPTED IN FULL;

2. Plaintiff's motion for voluntary dismissal of defendants Robertson and Dill, filed April 11, 2007, is GRANTED;

3. Defendants' motion to dismiss the retaliation claim against defendants, Ruiz, Wilbur, Canfield, and Fulbrodt is GRANTED WITHOUT PREJUDICE;

4. Defendants' motion for summary judgment, filed December 21, 2006, is GRANTED IN PART; and,

5. This case shall proceed to trial on plaintiff's Eighth Amendment claims against defendants Ruiz, Wilbur, Canfield, Fuhlrodt, and Rabe.

IT IS SO ORDERED.

**Dated:   September 9, 2007**              **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE