# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FIELDS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RUIZ, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:03-cv-06364-OWW-DLB PC<br><br>**ORDER RESETTING TRIAL DATE**<br><br><u>Telephonic Trial Confirmation</u><br><u>Hearing</u>:　April 4, 2008, at 11:00 a.m. in Courtroom 9 (DLB)<br><br><u>Jury Trial</u>:　**May 28, 2008**, at 9:00 a.m. in Courtroom 3(OWW) |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on plaintiff's second amended complaint, filed February 9, 2004, against defendants Ruiz, Wilbur, Canfield, Fuhlrodt and Rabe for violation of the Eighth Amendment.  This matter is currently set for jury trial on May 27, 2008.  Due to the Court's schedule, the trial is reset from May 27, 2008 to **Wednesday May 28, 2008 at 9:00 a.m**.

　　　IT IS SO ORDERED.

　　　Dated:　**March 26, 2008**　　　　　　　　　　　　／s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE