IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>RUIZ, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV-F-03-6364 OWW DLB P<br><br>ORDER PROVIDING TRAVEL EXPENSE FOR PLAINTIFF'S PROPOSED UNINCARCERATED WITNESSES |

　　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On November 5, 2007, the Court issued its Second Scheduling Order. In the Order, the Court advised plaintiff of the procedure for obtaining the attendance of unincarcerated witnesses who refuse to testify voluntarily. The Court advised plaintiff that he must first notify the Court in writing of the name and location of each unincarcerated witness and that the Court would then calculate the travel expense for each unincarcerated witness and notify plaintiff of the amount(s).

　　　　　This case is currently set for jury trial on May 28, 2008. On January 24, 2008, plaintiff submitted the names of twenty-four unincarcerated witnesses. Plaintiff has not notified the court of the locations of these witnesses. Assuming that the witnesses are located at Corcoran State Prison, the travel expense is calculated below.

1   The round trip mileage from Corcoran to Fresno is 130 miles. The mileage rate is $.445 per mile. Accordingly, for **each** witness from Corcoran California, plaintiff must submit a money order made payable to the witness in the amount of $113.43 ($40.00 witness fee plus $73.43 mileage).

   Plaintiff is required to notify the court, in writing, of the location of any unincarcerated witnesses not at Corcoran **by April 28, 2008**. The court will then calculate the travel expenses for those witnesses.

   Plaintiff is reminded that <u>the subpoenas will not be served upon the unincarcerated witness by the United States Marshal unless the money order is tendered to the court</u>. Because no statute authorizes the use of public funds for these expenses in civil cases, the tendering of witness fees and travel expenses is required even if the party was granted leave to proceed in forma pauperis. **If plaintiff wishes to have the Marshal serve any unincarcerated witnesses who refuse to testify voluntarily, plaintiff must submit the money orders to the court no later than May 9, 2008.**

   IT IS SO ORDERED.

   Dated:   **April 16, 2008**                    /s/ **Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE

2