IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>          Plaintiff,<br><br>   vs.<br><br>WARDEN A. K. SCRIBNER, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. CV-F-03-6364 OWW DLB P<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR ASSIGNMENT OF CASE FOR TRIAL AS MOOT<br><br>[Doc. 164] |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On November 11, 2007, plaintiff filed a motion requesting that this case be assigned for trial. (Doc. 164).

This action is currently set for telephonic trial confirmation hearing on April 18, 2008 and for jury trial on May 28, 2008 at 9:00 A.M. As this matter is already scheduled for trial, plaintiff's request of November 11, 2007 is unnecessary and HEREBY DISREGARDED as moot.

IT IS SO ORDERED.

Dated: __April 18, 2008__          __/s/ Dennis L. Beck__
                                                    UNITED STATES MAGISTRATE JUDGE