**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>        Plaintiff,<br><br>   vs.<br><br>WARDEN A. K. SCRIBNER, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV-F-03-6364 OWW DLB P<br><br>ORDER FOLLOWING TELEPHONIC TRIAL CONFIRMATION HEARING |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. This matter is set for jury trial on May 27, 2008 at 9:00 a.m. before the Honorable Judge Oliver W. Wanger.

A telephonic trial confirmation hearing was held in this matter on April 18, 2008 before the undersigned. During the hearing, plaintiff advised that he was speaking with attorneys about possible representation of plaintiff in this matter. Plaintiff further advised that he is currently taking medication for recent surgery.

As stated during the telephonic pre-trial confirmation hearing, plaintiff shall notify the court in writing as to whether he has retained counsel, no later than **Wednesday, April 23, 2008.** Plaintiff shall also notify the court at the same time about his ability to proceed with trial.

The court will issue its pretrial order once it has received plaintiff's response.

///

1 | IT IS SO ORDERED.

2 | Dated: **April 22, 2008**         **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE