# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>   Plaintiff,<br><br> v.<br><br>RUIZ, et.al.,<br><br>   Defendants.<br>_____/ | CASE NO. 1:03-cv-06364-OWW DLB PC<br><br>ORDER DENYING STAY OF PROCEEDINGS<br><br>(Doc. 170) |

  Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. This action is proceeding on plaintiff's second amended complaint, filed February 9, 2004, against defendants Ruiz, Wilbur, Canfield, Fuhlrodt and Rabe for violation of the Eighth Amendment. This matter is set for jury trial on May 27, 2008 at 9:00 a.m. before the Honorable Judge Wanger.

  On November 28, 2007, plaintiff filed a motion for a stay of proceedings. (Doc. 170). Plaintiff stated in his request that he was in discussions with various counsel regarding possible representation, and requested a stay of all proceedings pending a meeting with counsel.

  Since filing his request for a stay, plaintiff has had five months to meet with counsel and obtain representation. A telephonic trial confirmation was held April 18, 2008, and plaintiff advised that he was still seeking representation Plaintiff was ordered to notify the court, no later than April 23, 2008, as to whether he had retained counsel. (Doc. 181). Plaintiff has not advised the court that he has retained counsel.

1

The court has issued its pre-trial order. A trial date is set. This case is nearly five years old and further delay is not in any party's interest.

IT IS SO ORDERED.

Dated:   **April 28, 2008**                          /s/ **Dennis L. Beck**
                                                                        UNITED STATES MAGISTRATE JUDGE