# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS, | CASE NO. 1:03-cv-06364-OWW DLB PC |
| Plaintiff, | |
| v. | ORDER RE PLAINTIFF'S OBJECTIONS TO PRE-TRIAL ORDER |
| RUIZ, et.al., | (Doc. 193) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. This action is proceeding on plaintiff's second amended complaint, filed February 9, 2004, against defendants Ruiz, Wilbur, Canfield, Fuhlrodt and Rabe for violation of the Eighth Amendment. This matter is set for jury trial on May 27, 2008 at 9:00 a.m.

On May 2, 2008, plaintiff filed objections to sections VI through XIX of the Pre-Trial Order issued April 24, 2008. (Docs. 193, 185). Plaintiff states that during the telephonic trial confirmation hearing held April 18, 2008, he was the process of having his medication dosage increased, and that the court should have granted his motions for appointment of counsel. Plaintiff requests that the Pre-Trial Order be stricken and/or the trial rescheduled.

During the telephonic trial confirmation hearing, plaintiff agreed that four of his six proposed inmate witnesses were not required at trial, as their testimony would be duplicative. Shortly after the hearing, plaintiff moved for the attendance of all six inmates at trial, stating that their testimony would be relevant to prove state of mind. (Doc. 182). Plaintiff's motion was denied by order dated

1  April 30, 2008. (Doc. 192).  Plaintiff now objects, *inter alia*, to Section VII of the Pre-Trial Order
2  listing plaintiff's witnesses.  To the extent that plaintiff's objections to the Pre-Trial Order may be
3  construed as a renewed motion for the attendance of proposed inmate witnesses E. Johnson, G.
4  Jones, White, and Smith, plaintiff's motion is again denied, and on the same grounds.

5  With respect to plaintiff's objections to the remainder of the Pre-Trial Order, the court noted
6  in its previous order denying plaintiff's motions for appointment of counsel that plaintiff appeared
7  lucid and was capable of thinking and expressing himself clearly  throughout the almost one hour
8  telephonic trial confirmation hearing. (Doc. 192).

9  Therefore, plaintiff's requests that the pre-trial order be stricken and that the trial be
10 rescheduled are HEREBY DENIED.

12  IT IS SO ORDERED.
13  Dated:   **May 9, 2008**             /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE