# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RUIZ, et.al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:03-cv-06364-LJO DLB PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR COPY OF NINTH CIRCUIT MODEL JURY INSTRUCTIONS<br><br>(Doc. 199)<br><br>ORDER DIRECTING CLERK OF COURT TO SEND NINTH CIRCUIT MODEL JURY INSTRUCTIONS TO PLAINTIFF |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. section 1983. This action is proceeding on plaintiff's second amended complaint, filed February 9, 2004, against defendants Ruiz, Wilbur, Canfield, Fuhlrodt and Rabe for violation of the Eighth Amendment.

On May 8, 2008, Plaintiff filed a motion for a court order directing the Clerk of the Court to provide plaintiff with a copy of the Ninth Circuit Model Jury Instructions, as so directed in the Pre-Trial Order issued April 24, 2008 (Docs. 199, 185).

It is the Court's understanding that copies of the Ninth Circuit Model Jury Instructions are available for use at the library at California State Prison - Corcoran. Although the court normally will not send copies directly to a plaintiff, the court will in this case direct the Clerk of the Court to send to plaintiff, strictly as a courtesy, the Ninth Circuit Model Jury Instructions pertaining to his section 1983 claim.

IT IS SO ORDERED.

Dated: **May 16, 2008**              /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE