FILED

MAY 29 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RUIZ, et. al.,<br><br>　　　　Defendants. | CASE NO. 1:03-cv-06364 LJO DLB PC<br><br>NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

　　　　Jury trial in this matter commenced on May 28, 2008. On May 29, 2008, judgment was entered for Defendants and against Plaintiff.

　　　　Accordingly, Plaintiff Kevin E. Fields, P-83425, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: May 29, 2008　　　　　　　　　/s/ LAWRENCE J. O'NEILL

　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE