

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS, | CASE NO. 1:03-cv-06364-LJO-DLB PC |
| Plaintiff, | NOTICE AND ORDER THAT JORGE GERMAN IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| RUIZ, et. al., | |
| Defendants. | |

Jury trial in this matter commenced on May 28, 2008. Inmate witness Jorge German #P-59181, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

Dated: May 28, 2008          /S/Lawrence J. O'Neill
                             UNITED STATES DISTRICT COURT JUDGE

1