

FILED
MAY 30 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>Plaintiff,<br><br>v.<br><br>RUIZ, et.al.,<br><br>Defendants. | CASE NO. 1:03-cv-06364-LJO-DLB PC<br><br>NOTICE AND ORDER THAT JONO BLAND IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on May 28, 2008. Inmate witness Jomo Bland #H-70708, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

Dated: May 28, 2008         /S/Lawrence J. O'Neill
                            UNITED STATES DISTRICT COURT JUDGE