**FILED**

MAY 30 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS, | CASE NO. 1:03-cv-06364-LJO-DLB PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON MAY 28, 2008 |
| v. | |
| RUIZ et. al., | |
| Defendants. | |

Plaintiff Kevin Fields shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Wednesday, May 28, 2008, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: May 28, 2008           /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE

1